Rigaud v 509 W 34, L.L.C. (2026 NY Slip Op 01143)

Rigaud v 509 W 34, L.L.C.

2026 NY Slip Op 01143

Decided on February 26, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 26, 2026

Before: Moulton, J.P., Friedman, Higgitt, Rosado, O'Neill Levy, JJ. 

Index No. 156460/20|Appeal No. 5750|Case No. 2025-02153|

[*1]Wilky Rigaud et al., Plaintiffs-Respondents,
v509 W 34, L.L.C. et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Leslie A. Stroth, J.), entered on or about January 31, 2025,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 04, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 26, 2026